UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCISCO J. BALBUENA,

Plaintiff,

-against-

ALICIA BARRERA LOPEZ, et. al.

Defendants.

26-CV-06686 (ALC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a status conference on **August 24, 2026 at 11:30 AM**. The parties should be prepared to discuss the status of the case. Counsel for the parties are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 322 998 559#.**

Although they have not yet filed a notice of appearance, Plaintiff's counsel is expected to attend this status conference. Defendant's counsel shall serve on Plaintiff's counsel a copy of this order by **August 17, 2026** and file proof of such service on the docket by **August 17, 2026**.

DATED: August 13, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**