UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCISCO J. BALBUENA,

Plaintiff,

-against-

ALICIA BARRERA LOPEZ, et. al.

Defendants.

26-CV-06686 (ALC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On August 25, 2026, I ordered the parties to, among other things, provide a joint status update on the status of discovery on the last business day of each month, starting on September 30, 2026. (ECF 8.) The parties have not complied. Accordingly, I am nunc pro tunc extending the deadline for the parties to file their joint status update from September 30, 2026 to **October 2, 2026**.

DATED: October 1, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**